IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CALVIN LASHAWN CAMPBELL
ADC #106691                                                                                          PETITIONER

VS.                                       5:04CV00135 JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                        RESPONDENT

## JUDGMENT

Consistent with the Memorandum Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment be entered in favor of Respondent, and that this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 19th day of May, 2006.

_____
UNITED STATES MAGISTRATE JUDGE